# CSM Legal, P.C.
Employment and Litigation Attorneys

| | |
|---|---|
| 60 East 42nd Street, Suite 4510 | Telephone: (212) 317-1200 |
| New York, New York 10165 | Facsimile: (212) 317-1620 |

December 30, 2021

**VIA ECF**

Magistrate Judge Gabriel W. Gorenstein
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

MEMORANDUM ENDORSED

Re: **Cervantes et al v. ANDR Services Group Inc et al**
    **Case No. 21-cv-08099-JMF**

Dear Judge Gorenstein

I write in compliance with Paragraph 8 of Your Honor's Standing Order dated December 27, 2021. Plaintiffs seek to adjourn the Settlement Conference scheduled for January 14, 2021. Plaintiff will seek cooperation with Your Honor's Chambers and opposing counsel following the New Year Holdau.

On behalf of Plaintiff, I thank the Court for its attention to this matter.

Respectfully submitted,

/s/ Khalil Huey
Khalil Huey, Esq.
*Attorney for Plaintiff*

Cc: Michael Rabinowitz, Esq. (via ECF)

Application denied for failure to comply with paragraph 8 of the "Standing Order Applicable to Telephonic Settlement Conferences Before Judge Gorenstein" (Docket # 94.

So Ordered.

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge
January 5, 2022