# CSM Legal, P.C.
Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510　　　　　　　　　　　　　　　　　　　Telephone: (212) 317-1200
New York, New York 10165　　　　　　　　　　　　　　　　　　　　　Facsimile: (212) 317-1620
_____

January 7, 2022

**VIA ECF**
Magistrate Judge Gabriel W. Gorenstein
United States District Court
Southern District of New York　　　　　　　　　　　　MEMORANDUM ENDORSED
40 Foley Square
New York, NY 10007

　　　　Re:　**Cervantes et al v. ANDR Services Group Inc et al**
　　　　　　　Case No. 21-cv-08099-JMF

Dear Judge Gorenstein

　　　I write jointly with Defendants in compliance with Paragraph 8 of Your Honor's Standing Order dated December 27, 2021. Parties seek to adjourn the Settlement Conference scheduled for January 14, 2022 as Plaintiff seeks to add potential parties to the case. Additionally, Parties are scheduled to have the Initial Conference on February 3, 2022. After speaking with Your Honor's Chambers, we seek to adjourn the Conference to February 10, 2022 at 2:30 PM.

　　　On behalf of Plaintiff, I thank the Court for its attention to this matter.

　　　Respectfully submitted,

　　　/s/ Khalil Huey
　　　Khalil Huey, Esq.
　　　*Attorney for Plaintiff*

Cc: Michael Rabinowitz, Esq. (via ECF)

---

Application granted.  Settlement conference adjourned to February 10, 2022, at 2:30 p.m.  Submissions due February 4, 2022.

So Ordered.

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge
　　　January 10, 2022