UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
DANIEL CERVANTES, *individually and on behalf of* :
*others similarly situated*, et al., :
:
                         Plaintiffs, :     21-CV-8099 (JMF)
:
     -v- :     ORDER
:
ANDR SERVICES GROUP INC., et al., :
:
                         Defendants. :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On February 1, 2022, Plaintiffs were granted leave to file an amended complaint. *See* ECF No. 48. Pursuant to the Case Management Plan, ECF No. 44, amended pleadings were due March 3, 2022. To date, Plaintiffs have not filed an amended complaint. Additionally, several of the discovery deadlines in the Case Management Plan have passed. As a courtesy, Plaintiffs' deadline to file an amended complaint is hereby EXTENDED, *nunc pro tunc*, to **March 11, 2022**. Furthermore, by **March 18, 2022**, the parties shall jointly file a revised case management plan, taking into account Plaintiffs' amended complaint.

      SO ORDERED.

Dated: March 8, 2022
       New York, New York
                                                  JESSE M. FURMAN
                                          United States District Judge