# CSM Legal, P.C.

Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510　　　　　　　　　　　　　　　　　　Telephone: (212) 317-1200
New York, New York 10165　　　　　　　　　　　　　　　　　　　　Facsimile: (212) 317-1620
ramsha@csm-legal.com

August 9, 2022

**VIA ECF**

Honorable Jesse M. Furman
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

　　　　Re:　**Cervantes et al v. ANDR Services Group Inc et al**
　　　　　　**Index No. 21-cv-08099-JMF**

Your Honor:

　　This office represents Plaintiffs in the above captioned matter. This letter is written jointly with Defendants to respectfully request an extension of time to complete discovery from August 12, 2022 to October 11, 2022 and subsequently an adjournment of the pre-trial conference from August 18, 2022 to October 17, 2022.

　　Additionally, we have been advised by counsel for the Defendants that one of the Defendants, Thomas Pepe is presently incarcerated due to certain New York State crime(s). Mr. Pepe is expected to be released within the next thirty (30) days. Mr. Pepe's participation in discovery will be essential for this matter to proceed.

　　Counsel for Defendants consents to this request.

　　This is the first such request.

　　We thank the Court for its attention to this matter.

　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　/s/ Ramsha Ansari
　　　　　　　　　　　　　　　　　　Ramsha Ansari, Esq.

cc: All counsel (VIA ECF)

Application GRANTED. The pre-trial conference will be adjourned to **October 20, 2022, at 4 pm**. The Clerk of Court is directed to terminate ECF No. 89. SO ORDERED.

August 9, 2022

Certified as a minority-owned business in the State of New York