# CSM Legal, P.C.

Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510                        Telephone: (212) 317-1200
New York, New York 10165                            Facsimile: (212) 317-1620
ramsha@csm-legal.com

March 14, 2023

**VIA ECF**

Honorable Jesse M. Furman
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

       Re:     **Cervantes et al v. ANDR Services Group Inc et al**
                   **Index No. 21-cv-08099-JMF**

Your Honor:

       This office represents Plaintiffs in the above captioned matter. This letter is written jointly with Defendants to respectfully request \an adjournment of the pre-trial conference from March 23, 2023 to June 16, 2023.

       The reason for this request is because the parties are currently scheduled for a mediation on May 3, 2023. The parties are hopeful that a resolution will soon follow.

       We thank the Court for its attention to this matter.

                                                        Respectfully Submitted,

                                                          /s/ Ramsha Ansari
                                                          Ramsha Ansari, Esq.

cc: All counsel (VIA ECF)

Application GRANTED.  The pretrial conference is hereby ADJOURNED to **June 15, 2023, at 9:00 a.m.**  No further extensions will be granted.  The Clerk of Court is directed to terminate ECF No. 98.

SO ORDERED.

*[signature]*

March 14, 2023