UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
DANIEL CERVANTES, et al., :
:
                Plaintiffs, :
: 21-CV-8099 (JMF)
    -v- :
: ORDER
:
ANDR SERVICES GROUP INC., et al., :
:
                Defendants. :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       As stated during the teleconference held earlier today:

- The parties shall file their joint proposed requests to charge, verdict form, and *voir dire* questions by **July 18, 2023.** The parties should include a joint summary of the case and a list of the names and places that will be mentioned at trial in their proposed *voir dire*.

- The parties should be prepared to go to trial beginning two weeks later.

       SO ORDERED.

Dated: June 15, 2023
       New York, New York
                                           _____
                                               JESSE M. FURMAN
                                           United States District Judge