UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

DANIEL CERVANTES, ISMAEL GARCIA BRIAGUEZ, JOSE MIGUEL FLORES, EUSTACHIO GONZALES, LUIS TENELANDA BACULIMA, JORGE TENESACA, FRANK ANTHONY MORALES, GUILLERMO DIAZ, JOSE BERRIO, MICHAEL BRYAN ENCARNACION VASQUEZ, STANLEY JOSE ROMERO RAMIREZ, and YIMINSON DIUZA, *individually and on behalf of others similarly situated,*

Docket No. **21-cv-08099**

**[Proposed Form Of]**
JUDGMENT

*Plaintiffs*,

-against-

ANDR SERVICES GROUP INC. (D/B/A ANDR CONSTRUCTION). DPC NEW YORK, INC. (D/B/A DP CONSULTING), DP CONSULTING CORP. (D/B/A DP CONSULTING), PATRICIO ANDRADE, OSCAR VERA, THOMAS PEPE and JOE GRAJA,

*Defendants.*

-----------------------------------------------------------------X

## JUDGMENT

On October 20, 2023, Plaintiffs filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiffs, DANIEL CERVANTES, ISMAEL GARCIA BRIAGUEZ, JOSE MIGUEL FLORES, EUSTACHIO GONZALES, LUIS TENELANDA BACULIMA, JORGE TENESACA, FRANK ANTHONY MORALES, GUILLERMO DIAZ, JOSE BERRIO, MICHAEL BRYAN ENCARNACION VASQUEZ, STANLEY JOSE ROMERO RAMIREZ, and YIMINSON DIUZA, have judgment against ANDR SERVICES GROUP INC. (D/B/A

ANDR CONSTRUCTION), PATRICIO ANDRADE, and THOMAS PEPE, jointly and severally, in the amount of Three Hundred and Seventy Thousand Dollars and Zero Cents ($370,000.00), which is inclusive of attorneys' fees and costs.

Dated:  October 23, 2023

_____
JESSE M. FURMAN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK