ABSTRACT OF JUDGMENT

**Re:** Cervantes et al v. ANDR Services Group Inc et al

**Case Number:** 21-cv-08099-JMF

| Name(s) and Address(es) of Parties against whom Judgment(s) have been obtained | Name(s) and Address(es) of Parties in whose favor Judgment(s) have been obtained |
|---|---|
| ANDR SERVICES GROUP INC. (D/B/A ANDR CONSTRUCTION): 203 Ellis Ave Bronx, NY 10462<br><br>Patricio Andrade: 203 Ellis Ave Bronx, NY 10462<br><br>Thomas Pepe: 61 Roy Rd Sussex, NJ 07461 | Daniel Cervantes, Ismael Garcia Briaguez, Jose Miguel Flores, Eustachio Gonzalez, Luis Tenelada Baculima, Jorge Tenesaca, Frank Anthony Morales, Giillermo Diaz, Jose Berrio, Michael Bryan Encarnacion Vasquez, Stanley Jose Romero Ramirez, and Yiminson Diuza<br><br>c/o CSM Legal P.C.<br>60 East 42nd St Suite 4510<br>New York, NY 10165 |

| Amount of Judgment(s) | Name(s) and Address(es) of Attorney(s) | Entry Date of Judgment(s) |
|---|---|---|
| $370,000.00 | Catalina Sojo, Esq.<br>CSM Legal P.C.<br>60 East 42nd St, Suite 4510<br>New York, NY 10165 | 10/23/2023 |

**UNITED STATES OF AMERICA,**
**CLERK'S OFFICE U.S. DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF NEW YORK**

I CERTIFY that the foregoing is a correct Abstract of the Judgment

Dated: New York , New York

**RUBY J. KRAJICK, Clerk of Court**

_____
**By, Deputy Clerk**